IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GRANT CHOATE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| DOUGLAS DESPAIN, M.D., ) | |
| BELLEVILLE FAMILY MEDICAL ) | |
| ASSOCIATES, LTD., a corporation, ) | |
| BENEDICT PAINTER, M.D., GRANITE ) | |
| CITY PHYSICIANS CORP. d/b/a ) | No.  17-cv-962 |
| HEARTLAND HEALTHCARE, a corporation, ) | |
| DUSTIN CREECH, M.D., ) | |
| BRIAN BENTELE, D.O., RAVIN PATEL, M.D.,) | |
| ALEX SPARKMAN-ROYO, M.D., ) | |
| DYLAN TRACY, D.O., ST. ELIZABETH'S ) | |
| HOSPITAL OF THE HOSPITAL SISTERS OF ) | |
| THE THIRD ORDER OF ST. FRANCIS ) | |
| d/b/a HSHS ST. ELIZABETH'S HOSPITAL, ) | |
| a not-for-profit corporation, SAINT LOUIS ) | |
| UNIVERSITY, a corporation, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

The United States of America, by its attorneys, Donald S. Boyce, United States Attorney for the Southern District of Illinois, and David J. Pfeffer, Assistant United States Attorney, respectfully notifies this Court that, pursuant to 28 U.S.C. § 2679 and 28 U.S.C. § 1442, the above-entitled case is hereby removed from the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois.

1.      Maj. Dustin Creech, M.D., Capt. Brian Bentele, D.O., Capt. Alex Sparkman-Royo, M.D., and Capt. Dylan Tracy, D.O. are named defendants in a civil action now pending in the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, in the State of Illinois,

entitled: *Grant Choate v. Douglas Despain, M.D., et al.,* case number 17-L-392.  No trial has been held in that action.  A copy of the state court Complaint is attached hereto as Exhibit A.

2. In his Complaint, Plaintiff alleges that Defendants Creech, Bentele, Sparkman-Royo, and Tracy committed medical negligence in their treatment of Plaintiff.  *See* Ex. A.

3. At the time of the events giving rise to the Complaint, Defendants Creech, Bentele, Sparkman-Royo, and Tracy were assigned to the 375th Medical Group, Scott Air Force Base, Illinois.  The 375th Medical Group operates an integrated family medicine residency program with Saint Louis University School of Medicine.  Pursuant to a Training Affiliation Agreement between the 375th Medical Group, Saint Louis University, St. Elizabeth's Hospital, and Southern Illinois Healthcare Foundation, members of the 375th Medical Group perform medical services at various facilities.

4. 28 U.S.C. § 2679(d)(2) provides as follows:

> Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a State court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States for the district and division embracing the place in which the action or proceeding is pending. Such action or proceeding shall be deemed to be an action or proceeding brought against the United States under the provisions of this title and all references thereto, and the United States shall be substituted as the party defendant. This certification of the Attorney General shall conclusively establish scope of office or employment for purposes of removal.

A United States Attorney is permitted to issue such certification in lieu of the Attorney General.  *See* 28 C.F.R. § 15.4(a).

5. The United States Attorney has certified that, at the time of the events giving rise to the Complaint, Defendants Creech, Bentele, Sparkman-Royo, and Tracy were members of the United States Air Force acting within the scope of their federal employment.  *See* Ex. B.

6. Under the Federal Tort Claims Act, federal district courts have exclusive jurisdiction over claims against the United States arising out of torts allegedly committed by federal employees acting within the scope of their federal employment. 28 U.S.C. §§ 1346(b)(1), 2671-2679. Accordingly, the proper defendant in such an action is the United States, as provided by 28 U.S.C. § 1346(b), not individually named federal employees.

7. This action is one which may be removed pursuant to 28 U.S.C. § 2679(d)(2) and 28 U.S.C. § 1442. Under 28 U.S.C. § 2679(d)(2), an action may be removed "at any time before trial." No trial has yet been had in state court.

8. The United States will mail a copy of this Notice of Removal to all parties who have appeared in the state court action, and shall file a copy of this Notice of Removal in said case by mailing it to the Clerk of Court, Twentieth Judicial Circuit, St. Clair County, Illinois.

9. Nothing in this Notice of Removal shall constitute a waiver of Plaintiff's service obligations under Rule 4 of the Federal Rules of Civil Procedure.

WHEREFORE, the United States of America, on behalf of Defendants Maj. Dustin Creech, M.D., Capt. Brian Bentele, D.O., Capt. Alex Sparkman-Royo, M.D., and Capt. Dylan Tracy, D.O., removes this action to the U.S. District Court for the Southern District of Illinois pursuant to 28 U.S.C. § 1442.

Respectfully submitted,

DONALD S. BOYCE
United States Attorney

*s/ David J. Pfeffer*
DAVID J. PFEFFER
Assistant United States Attorney
United States Attorney's Office
Nine Executive Drive
Fairview Heights, Illinois 62208-1344
Phone:   (618) 628-3700
Fax:       (618) 622-3810
E-Mail:  david.j.pfeffer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2017, I electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

N/A

and I hereby certify that on September 8, 2017, I mailed by United States Postal Service, the document(s) to the following non-registered participants who have appeared in the referenced state court action:

Samantha S. Unsell
Keefe, Keefe, & Unsell, P.C.
6 Executive Woods Court
Belleville, Illinois 62226
Phone: (618) 236-2221
*Attorney for Plaintiff*

Michael J. Nester
Donovan Rose Nester, P.C.
201 South Illinois Street
Belleville, Illinois 62220
Phone: 618-212-6500
*Attorney for Defendant St. Elizabeth's Hospital*

Richard J. Behr
Behr, McCarter, & Potter, P.C.
7777 Bonhomme Ave., Suite 1400
St. Louis, MO 63105
Phone: (314) 862-3800
*Attorney for Defendants Painter and Heartland Healthcare*

*s/ David J. Pfeffer*
DAVID J. PFEFFER
Assistant United States Attorney
