# EXHIBIT A

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| GRANT CHOATE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 17L392 |
| | ) |
| DOUGLAS DESPAIN, M.D., | ) |
| BELLEVILLE FAMILY MEDICAL | ) |
| ASSOCIATES, LTD., | ) |
| a corporation, BENEDICT | ) |
| PAINTER, M.D., GRANITE CITY | ) |
| PHYSICIANS CORP. d/b/a | ) |
| HEARTLAND HEALTHCARE, a | ) |
| corporation, DUSTIN CREECH, | ) |
| M.D., BRIAN BENTELE, D.O., | ) |
| RAVIN PATEL, M.D., ALEX | ) |
| SPARKMAN-ROYO, M.D., DYLAN | ) |
| TRACY, D.O., ST. ELIZABETH'S | ) |
| HOSPITAL OF THE HOSPITAL | ) |
| SISTERS OF THE THIRD ORDER OF | ) |
| ST. FRANCIS d/b/a HSHS | ) |
| ST. ELIZABETH'S HOSPITAL, a | ) |
| not-for-profit corporation, | ) |
| SAINT LOUIS UNIVERSITY, a | ) |
| corporation, | ) |
| | ) |
| Defendants. | ) |

FILED
ST. CLAIR COUNTY
JUL 21 2017
41
CIRCUIT CLERK

**COMPLAINT**

**COUNT I**
(Negligence v. Douglas Despain, M.D.)

Comes now the plaintiff, Grant Choate, by and through his attorneys, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count I of his Complaint against the defendant, DOUGLAS DESPAIN, M.D., states as follows:

1                                             Case No. 17-L-

1. That at all times herein mentioned the plaintiff Grant Choate was a citizen and resident of the State of Illinois when he presented to the various defendants herein for medical care and treatment.

2. That on or about July 31, 2015, August 5, 2015, August 10, 2015, and August 17, 2015, and thereafter, and at all times herein mentioned, Douglas Despain, M.D., was a medical doctor, licensed to practice medicine in the State of Illinois when he assumed the care of plaintiff, Grant Choate, as an agent, apparent agent, servant, and employee of defendant Belleville Family Practice Medical Associates, Ltd.

3. That at all times herein mentioned, the defendant, Belleville Family Medical Associates, Ltd., was a corporation, authorized and doing business in the State of Illinois, when it, by and through its agents, apparent agents, servants, and employees assumed the care of plaintiff Grant Choate.

4. That on or about August 5, 2015, September 29, 2015, and thereafter, and at all times herein mentioned, Benedict Painter, M.D., was a medical doctor, licensed to practice medicine in the State of Illinois when he assumed the care of plaintiff, Grant Choate, as an agent, apparent agent, servant, and employee of defendant Granite City Physicians Corp. d/b/a Heartland Healthcare.

5. That at all times herein mentioned, the defendant, Granite City Physicians Corp. d/b/a Heartland Healthcare, was a corporation, authorized and doing business in the State of Illinois, when it, by and through its agents, apparent agents, servants, and employees assumed the care of plaintiff Grant Choate.

6. That on or about July 22, 2015, and thereafter, and at all times herein mentioned, Dustin Creech, M.D., was a medical doctor, licensed to practice medicine in the State of Illinois when he assumed the care of plaintiff, Grant Choate, as an agent, apparent agent, servant, and employee of defendant Saint Louis University.

7. That on or about July 22, 2015, and thereafter, and at all times herein mentioned, Brian Bentele, D.O., was a doctor of osteopathic medicine, licensed to practice medicine in the State of Illinois when he assumed the care of plaintiff, Grant Choate, as an agent, apparent agent, servant, and employee of defendant Saint Louis University.

8. That on or about July 22, 2015, and thereafter, and at all times herein mentioned, Ravin Patel, M.D., was a medical doctor, licensed to practice medicine in the State of Illinois when he assumed the care of plaintiff, Grant Choate, as an agent, apparent agent, servant, and employee of defendant Saint Louis University.

9. That on or about July 22, 2015, and thereafter, and at all times herein mentioned, Alex Sparkman-Royo, M.D., was a medical doctor, licensed to practice medicine in the State of Illinois when he assumed the care of plaintiff, Grant Choate, as an agent, apparent agent, servant, and employee of defendant Saint Louis University.

10. That on or about July 22, 2015, and thereafter, and at all times herein mentioned, Dylan Tracy, D.O., was a doctor of osteopathic medicine, licensed to practice medicine in the State of Illinois when he assumed the care of plaintiff, Grant Choate, as an agent, apparent agent, servant, and employee of defendant Saint Louis University.

11. That at all times herein mentioned, the defendant St. Elizabeth's Hospital of the Hospital Sisters of the Third Order of St. Francis d/b/a HSHS St. Elizabeth's Hospital, a not-for-profit corporation, authorized and doing business in the State of Illinois, providing professional hospital and health care services to the general public for consideration, when it, individually and through its agents, apparent agents, servants and employees acting in the course and scope of their agency, assumed the care of plaintiff Grant Choate.

12.  That at all times herein mentioned, the defendant St. Elizabeth's Hospital of the Hospital Sisters of the Third Order of St. Francis d/b/a HSHS St. Elizabeth's Hospital acted in a manner that would lead a reasonable person, including plaintiff, to conclude that Dustin Creech, M.D., Brian Bentele, D.O., Ravin Patel, M.D., Alex Sparkman-Royo, M.D., and Dylan Tracy, D.O. were employees or agents of said hospital.

13.  That at all times herein mentioned, the acts of Dustin Creech, M.D., Brian Bentele, D.O., Ravin Patel, M.D., Alex Sparkman-Royo, M.D., and Dylan Tracy, D.O. created the appearance of authority and defendant St. Elizabeth's Hospital of the Hospital Sisters of the Third Order of St. Francis d/b/a HSHS St. Elizabeth's Hospital had knowledge and acquiesced in them.

14.  That at all times herein mentioned, the plaintiff acted in reliance upon the conduct of defendants.

15. That on or about July 22, 2015 through July 30, 2015, and various dates thereafter, and at all times herein mentioned, the defendant, Saint Louis University, was a Missouri corporation, authorized and doing business in the State of Illinois, as well as the State of Missouri, providing professional hospital and health care services to the general public for consideration, when it, individually and through its agents, apparent agents, servants and employees acting in the course and scope of their agency, assumed the care of plaintiff, Grant Choate.

16. Defendant, individually, and by and through its agents, apparent agents, servants, and employees, was guilty of one or more of the following negligent acts or omissions:

    a)    negligently and carelessly failed to timely diagnose Rocky Mountain spotted fever;

    b)    negligently and carelessly failed to properly treat Rocky Mountain spotted fever.

17. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of the defendant as aforesaid, plaintiff's condition went undiagnosed and untreated. Plaintiff has suffered permanent pain, mental anguish, disability, and disfigurement. He has been permanently prevented from attending to his usual affairs and duties and has lost wages and income past, present, and future. He has incurred and become liable for large sums of money in hospital, medical and related expenses, past, present, and future, all to his damage in a substantial amount.

WHEREFORE, plaintiff demands judgment against the Defendant in an amount greater than SEVENTY FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

## COUNT II

(Negligence v. Belleville Family Medical Associates, LTD.)

COMES NOW the plaintiff, by and through his attorney, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count II of his Complaint against the defendant, Belleville Family Medical Associates, LTD., states:

1.-17. Plaintiff hereby adopts and incorporates the allegations of paragraphs 1 through and including 17 of Count I as and for paragraphs 1 through and including 17 of Count II.

WHEREFORE, plaintiff demands judgment against the defendant, in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

## COUNT III

(Negligence v. Benedict Painter, M.D.)

COMES NOW the plaintiff, by and through his attorney, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count III of his Complaint against the defendant, Benedict Painter, M.D., states:

1.-17.   Plaintiff hereby adopts and incorporates the allegations of paragraphs 1 through and including 17 of Count I as and for paragraphs 1 through and including 17 of Count III.

WHEREFORE, plaintiff demands judgment against the defendant, in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

## COUNT IV

(Negligence v. Granite City Physicians Corp. d/b/a Heartland Healthcare)

COMES NOW the plaintiff, by and through his attorney, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count IV of his Complaint against the defendant Granite City Physicians Corp. D/b/a Heartland Healthcare, states:

1.-17.   Plaintiff hereby adopts and incorporates the allegations of paragraphs 1 through and including 17 of Count I as and for paragraphs 1 through and including 17 of Count IV.

WHEREFORE, plaintiff demands judgment against the defendant, in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

## COUNT V

(Negligence v. Dustin Creech, M.D.)

COMES NOW the plaintiff, by and through his attorney, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count V of his Complaint against the defendant Dustin Creech, M.D., states:

1.-17. Plaintiff hereby adopts and incorporates the allegations of paragraphs 1 through and including 17 of Count I as and for paragraphs 1 through and including 17 of Count V.

WHEREFORE, plaintiff demands judgment against the defendant, in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

## COUNT VI

(Negligence v. Brian Benetele, D.O.)

COMES NOW the plaintiff, by and through his attorney, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count VI of his Complaint against the defendant Brian Benetele, D.O., states:

1.-17. Plaintiff hereby adopts and incorporates the allegations of paragraphs 1 through and including 17 of Count I as and for paragraphs 1 through and including 17 of Count VI.

WHEREFORE, plaintiff demands judgment against the defendant, in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

## COUNT VII

(Negligence v. Ravin Patel, M.D.)

COMES NOW the plaintiff, by and through his attorney, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count VII of his Complaint against the defendant Ravin Patel, M.D., states:

1.-17.   Plaintiff hereby adopts and incorporates the allegations of paragraphs 1 through and including 17 of Count I as and for paragraphs 1 through and including 17 of Count VII.

WHEREFORE, plaintiff demands judgment against the defendant, in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

## COUNT VIII

(Negligence v. Alex Sparkman-Royo, M.D.)

COMES NOW the plaintiff, by and through his attorney, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count VIII of his Complaint against the defendant, Alex Sparkman-Royo M.D., states:

1.-17.   Plaintiff hereby adopts and incorporates the allegations of paragraphs 1 through and including 17 of Count I as and for paragraphs 1 through and including 17 of Count VIII.

WHEREFORE, plaintiff demands judgment against the defendant, in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

## COUNT IX

(Negligence v. Dylan Tracy, D.O.)

COMES NOW the plaintiff, by and through his attorney, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count IX of his Complaint against the defendant, Dylan Tracy, D.O., states:

1.-17.   Plaintiff hereby adopts and incorporates the allegations of paragraphs 1 through and including 17 of Count I as and for paragraphs 1 through and including 17 of Count IX.

WHEREFORE, plaintiff demands judgment against the defendant, in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

## COUNT X

(Negligence v. St. Elizabeth's Hospital of the Hospital Sisters of the Third Order of St. Francis d/b/a HSHS ST. Elizabeth's Hospital)

COMES NOW the plaintiff, by and through his attorney, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count X of his Complaint against the defendant, Negligence v. St. Elizabeth's Hospital of the Hospital Sisters of the Third Order of St. Francis d/b/a HSHS ST. Elizabeth's Hospital, states:

1.-17. Plaintiff hereby adopts and incorporates the allegations of paragraphs 1 through and including 17 of Count I as and for paragraphs 1 through and including 17 of Count X.

WHEREFORE, plaintiff demands judgment against the defendant, in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

## COUNT XI

(Negligence v. Saint Louis University)

COMES NOW the plaintiff, by and through his attorney, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count XI of his Complaint against the defendant, Negligence v. St. Elizabeth's Hospital of the Hospital Sisters of the Third Order of St. Francis d/b/a HSHS ST. Elizabeth's Hospital, states:

1.-17. Plaintiff hereby adopts and incorporates the allegations of paragraphs 1 through and including 17 of Count I as and for paragraphs 1 through and including 17 of Count XI.

WHEREFORE, plaintiff demands judgment against the defendant, in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

SAMANTHA S. UNSELL
Ill. Reg. No. 6298752
Attorney for Plaintiff

Case No.    -L-

```
KEEFE, KEEFE & UNSELL, P.C.
ATTORNEYS AT LAW
#6 EXECUTIVE WOODS COURT
BELLEVILLE, ILLINOIS  62226
618/236-2221
618/236-2194 (Facsimile)
Primary Email: ashley@tgkeefe.com
Secondary Email: samunsell@gmail.com
```

13                                    Case No. 17-L-

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| GRANT CHOATE, | ) |
| | ) |
| Plaintiff, | ) 17L392 |
| | ) |
| vs. | ) |
| | ) |
| DOUGLAS DESPAIN, M.D., | ) |
| BELLEVILLE FAMILY MEDICAL | ) |
| ASSOCIATES, LTD., | ) |
| a corporation, BENEDICT | ) |
| PAINTER, M.D., GRANITE CITY | ) |
| PHYSICIANS CORP. d/b/a | ) |
| HEARTLAND HEALTHCARE, a | ) |
| corporation, DUSTIN CREECH, | ) |
| M.D., BRIAN BENTELE, D.O., | ) |
| RAVIN PATEL, M.D., ALEX | ) |
| SPARKMAN-ROYO, M.D., DYLAN | ) |
| TRACY, D.O., ST. ELIZABETH'S | ) |
| HOSPITAL OF THE HOSPITAL | ) |
| SISTERS OF THE THIRD ORDER OF | ) |
| ST. FRANCIS d/b/a HSHS | ) |
| ST. ELIZABETH'S HOSPITAL, a | ) |
| not-for-profit corporation, | ) |
| SAINT LOUIS UNIVERSITY, a | ) |
| corporation, | ) |
| | ) |
| Defendants. | ) |

FILED
ST. CLAIR COUNTY
JUL 21 2017
CIRCUIT CLERK

## AFFIDAVIT

SAMANTHA S. UNSELL, being first duly sworn deposes and states upon her oath as follows:

1. That she is the attorney for the plaintiff in the above-captioned matter.

1                                    Case No. 17-L-

2. That she was unable to obtain the consultations required by 735 ILCS 5/2-622, regarding, Douglas Despain, M.D., Belleville Family Medical Associates, LTD., Benedict Painter, M.D., Granite City Physicians Corp., Dustin Creech, M.D., Brian Bentele, D.O., Ravin Patel, M.D., Alex Sparkman-Royo, M.D., Dylan Tracy, D.O., St. Elizabeth's Hospital Sisters of the Third Order of St. Francis, and Saint Louis University because the Statute of Limitations would impair the action and the consultation required could not be obtained before the expiration of the Statute of Limitations.

_____
SAMANTHA S. UNSELL

STATE OF ILLINOIS )
                  ) ss
COUNTY OF ST. CLAIR )

SAMANTHA S. UNSELL, first being duly sworn on oath, deposes and states that she has read the foregoing Affidavit and that the contents thereof are true to the best of her knowledge, information and belief.

_____
SAMANTHA S. UNSELL

2                                                      Case No. 17-L-

SUBSCRIBED AND SWORN to before me, a Notary Public, this 21 day of July, 2017.

*Ashley Meuer*
Notary Public

**KEEFE, KEEFE & UNSELL, P.C.**
#6 Executive Woods Court
Belleville, IL  62226
618/236-2221 (Telephone)
618/236-2194 (Facsimile)
Primary Email: ashley@tqkeefe.com
Secondary Email: samunsell@gmail.com

3         Case No. 17-L-

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| GRANT CHOATE, | ) |
| Plaintiff, | ) 17L392 |
| vs. | ) |
| DOUGLAS DESPAIN, M.D., BELLEVILLE FAMILY MEDICAL ASSOCIATES, LTD., a corporation, BENEDICT PAINTER, M.D., GRANITE CITY PHYSICIANS CORP. d/b/a HEARTLAND HEALTHCARE, a corporation, DUSTIN CREECH, M.D., BRIAN BENTELE, D.O., RAVIN PATEL, M.D., ALEX SPARKMAN-ROYO, M.D., DYLAN TRACY, D.O., ST. ELIZABETH'S HOSPITAL OF THE HOSPITAL SISTERS OF THE THIRD ORDER OF ST. FRANCIS d/b/a HSHS ST. ELIZABETH'S HOSPITAL, a not-for-profit corporation, SAINT LOUIS UNIVERSITY, a corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

FILED
ST. CLAIR COUNTY
JUL 21 2017
41
CIRCUIT CLERK

## AFFIDAVIT

Samantha S. Unsell, being duly sworn upon her oath deposes and states as follows:

1. That she is the attorney for the plaintiff.

1                                          Case No. 17-L-

2. That upon her information and belief the damages suffered by the plaintiff in the instanter Complaint attached hereto exceed the sum of Seventy-Five Thousand Dollars ($75,000.00).

Affiant further sayeth not.

Samantha S. Unsell

Subscribed and sworn to before me this 21 day of July, 2017.

Notary Public

OFFICIAL SEAL
ASHLEY MEUREN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/11/18

KEEFE, KEEFE & UNSELL, P.C.
#6 Executive Woods Court
Belleville, Illinois 62226
618-236-2221 (Telephone)
619-236-2194 (Facsimile)
Primary Email: ashley@tqkeefe.com
Secondary Email: samunsell@gmail.com