IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GRANT CHOATE, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>DOUGLAS DESPAIN, M.D., )<br>BELLEVILLE FAMILY MEDICAL )<br>ASSOCIATES, LTD., )<br>a corporation, BENEDICT )<br>PAINTER, M.D., GRANITE CITY )<br>PHYSICIANS CORP. d/b/a )<br>HEARTLAND HEALTHCARE, a )<br>corporation, DUSTIN CREECH, )<br>M.D., BRIAN BENTELE, D.O., )<br>RAVIN PATEL, M.D., ALEX )<br>SPARKMAN-ROYO, M.D., DYLAN )<br>TRACY, D.O., ST. ELIZABETH'S )<br>HOSPITAL OF THE HOSPITAL )<br>SISTERS OF THE THIRD ORDER OF )<br>ST. FRANCIS d/b/a HSHS )<br>ST. ELIZABETH'S HOSPITAL, a )<br>not-for-profit corporation, )<br>SAINT LOUIS UNIVERSITY, a )<br>corporation, )<br>)<br>    Defendants. ) | Case No. 17-cv-00962-NJR-RJD |

**MOTION TO DISMISS WITHOUT PREJUDICE**

Comes now the plaintiff, by and through his attorneys, **KEEFE, KEEFE & UNSELL, P.C.**, and moves this Court for an Order dismissing the above-reference case without prejudice and with leave to refile. The defendants have no objection.

                                          /s/ SAMANTHA S. UNSELL
                                          SAMANTHA S. UNSELL
                                          Ill. Reg. No. 6298752
                                          Attorney for Plaintiff

**KEEFE, KEEFE & UNSELL, P.C.**
**ATTORNEYS AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS   62226**
**618/236-2221**
**618/236-2194 (Facsimile)**
**Primary Email:** ashley@tqkeefe.com
**Secondary Email:** samunsell@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GRANT CHOATE, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) |
| DOUGLAS DESPAIN, M.D., BELLEVILLE FAMILY MEDICAL ASSOCIATES, LTD., a corporation, BENEDICT PAINTER, M.D., GRANITE CITY PHYSICIANS CORP. d/b/a HEARTLAND HEALTHCARE, a corporation, DUSTIN CREECH, M.D., BRIAN BENTELE, D.O., RAVIN PATEL, M.D., ALEX SPARKMAN-ROYO, M.D., DYLAN TRACY, D.O., ST. ELIZABETH'S HOSPITAL OF THE HOSPITAL SISTERS OF THE THIRD ORDER OF ST. FRANCIS d/b/a HSHS ST. ELIZABETH'S HOSPITAL, a not-for-profit corporation, SAINT LOUIS UNIVERSITY, a corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
|     Defendants. | ) |

Case No. 17-cv-00962-NJR-RJD

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 17, 2017, I electronically filed a MOTION TO DISMISS WITHOUT PREJUDICE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mr. David Pfeffer
Assistant United States Attorney
United States Attorney's Office
Nine Executive Drive
Fairview Heights, IL 62208

Mr. Richard Behr
Attorney at Law
7777 Bonhomme, Suite 1400
St. Louis, MO 63102

Mr. Alphonse Pranaitis
Mr. David Schott
Rynearson, Suess, Schnurbusch & Champion, LLC
107 Southpointe Drive
Edwardsville, IL 62025

Mr. James Neville
P.O Box 23977
5 Park Place Professional Centre
Belleville, IL 62223

Mr. Michael Nester
Donovan Rose Nester, P.C.
201 South Illinois Street
Belleville, IL 62220

                                      /s/Samantha S. Unsell
                                      SAMANTHA S. UNSELL
                                      Ill. Reg. No. 6298752
                                      Attorney for Plaintiff

**KEEFE, KEEFE & UNSELL, P.C.**
**ATTORNEYS AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS  62226**
**618/236-2221**
**618/236-2194 (Facsimile)**
**Primary Email:** ashley@tqkeefe.com
**Secondary Email:** samunsell@gmail.com