IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GRANT CHOATE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:17-CV-00962-NJR-RJD |
| | ) |
| DOUGLAS DESPAIN, M.D., BELLEVILLE FAMILY MEDICAL ASSOCIATES, LTD., BENEDICT PAINTER, M.D., GRANITE CITY PHYSICIANS CORP. d/b/a HEARTLAND HEALTHCARE, RAVIN PATEL, M.D., ST. ELIZABETH'S HOSPITAL OF THE HOSPITAL SISTERS OF THE THIRD ORDER OF ST. FRANCIS d/b/a HSHS ST. ELIZABETH'S HOSPITAL, SAINT LOUIS UNIVERSITY, DUSTIN CREECH, M.D., BRIAN BENTELE, D.O., ALEX SPARKMAN-ROYO, M.D., and DYLAN TRACY, D.O. and UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Order dated October 17, 2017 (Doc. 18), Defendants Dustin Creech, M.D., Brian Bentele, D.O., Alex Sparkman-Royo, M.D., and Dylan Tracy, D.O. were **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the motion filed on October 17, 2017 (Doc. 19) and the Order dated October 18, 2017 (Doc. 21), the

case was voluntarily **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED:  October 18, 2017

                                      JUSTINE FLANAGAN, Acting Clerk

                                      By: s/ Deana Brinkley
                                          Deputy Clerk

**APPROVED: s/ Nancy J. Rosenstengel**
                     **NANCY J. ROSENSTENGEL**
                     **United States District Judge**